**DISMISS and Opinion Filed December 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01476-CV

**ROBERT ARMSTEAD, Appellant**
**V.**
**PRIMROSE OAKS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04107-E**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By postcard dated June 27, 2018, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. By order dated July 25, 2018, we granted appellant's motion to extend time to file his brief and ordered appellant's brief to be filed by August 23, 2018. To date, appellant has not filed his brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  Tex. R. App. P. 38.8(a)(1); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

171476F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROBERT ARMSTEAD, Appellant

No. 05-17-01476-CV          V.

PRIMROSE OAKS, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-17-04107-E.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee PRIMROSE OAKS recover its costs of this appeal from appellant ROBERT ARMSTEAD.

Judgment entered December 17, 2018.